FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

Name: Timothy J. Richards

2007 NOV -7 A 9:44

Prison Number: #209161  I-62 A

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Place of Confinement: Kilby Correctional Facility
P.O. Box 150 Mt. Meigs, Al. 36057

United States District Court For The Middle District of Alabama

Case No. 2:07 cv 995 - MEF
(To be supplied by Clerk of U. S. District Court)

Timothy J. Richards                                     , PETITIONER
(Full name) (Include name under which you were convicted)

Holt, Warden D.O.C. et. al,                             , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF Alabama

Honorable Troy King                                     , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

/

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only (X)

7. Did you testify at the trial? Yes ( )  No (X)

8. Did you appeal from the judgment of conviction? Yes ( ) No ( )

9. If you did appeal, answer the following: N/A
   (a) Name of court _____
   (b) Result _____
   (c) Date of result _____
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (X) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court Circuit Court Walker County
       (2) Nature of proceeding Rule 32
       (3) Grounds raised Amended Indictment, Jurisdictional Issue
       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)
       (5) Result Dismissed
       (6) Date of result March 2005
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court Walker County Circuit Court
       (2) Nature of proceeding Rule 32
       (3) Grounds raised Jurisdictional, Circuit Clerk Sign arrest Warrant
       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)
       (5) Result Dismissed
       (6) Date of result D Nov 2006

2

(c) As to any third petition, application or motion, give the same information:
  (1) Name of court _Walker County Circuit Court_
  (2) Nature of proceeding _State Habeas Corpus_
  (3) Grounds raised _1.) The Complaint brough Was illegal upon its face and Unauthorized by law 2) Unauthorized Complaint 4 Absence of Juridiction 3) illegality upon Proceedings (4) Charging by Void Indictment "State Statue Misapplied (5) Void Indictment "State Statue Misapplied 13A-5-40A(4) (6) Ineffective Assistance of Counsel (7) Plain Error - Abuse of Descretion - Ineffective Counsel (8) Argument in Support of illegal Sentence (9) Unlawful incarseration_
  (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (X)
  (5) Result _Dismissed_
  (6) Date of result _Oct 4, 2007_
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
  (1) First petition, etc.        Yes (X)  No ( )
  (2) Second petition, etc.       Yes (X)  No ( )
  (3) Third petition, etc.        Yes ( )  No (X)
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _Court of Criminal Appeals_

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

3

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Conviction obtained by use of Coerced Confession
Supporting FACTS (tell your story briefly without citing cases or law): I was following instructions, and I was told if I cooperated with the investigation, that I would not be charged with the Crime

B. Ground two: Conviction obtained by action of a grand or petit Jury which was Unconstitutionally Selected and impane
Supporting FACTS (tell your story briefly without citing cases or law): First Indictment was dismissed, and the Second Indictment was brought by the Grand Jury Unconstitutionaly Impaneled by adding two elements to the offense.

4

C. Ground three: Conviction obtained by a Violation of the protection against double Jeopardy
Supporting FACTS (tell your story briefly without citing cases or law): Was Indicted twice for the Same Crime

D. Ground four: Denial of effectin assistance of Counsel
Supporting FACTS (tell your story briefly without citing cases of law): My attorney lack trial experience, to try a Capital Case.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?  Yes ( )  No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Ronald Sandlin, Robert Sanford

(b) At arraignment and plea Ronald Sandlin

5

(c) At trial _____

(d) At sentencing  Ronald Sandlin, Robert Sanford _____

(e) On appeal  N/A _____

(f) In any post-conviction proceeding  N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )  No (X)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No (X)
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    (b) And give date and length of sentence to be served in the future: _____
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ( )  No (X)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on _____.
(date)

*Timothy J. Richards*
Signature of Petitioner

6



Timothy J. Richards #209161
P.O. Box 150 - Dorm I-62A
Mt. Meigs, Ala. 36057

FIRST CLASS

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711